United States Court of Appeals
Fifth Circuit

**F I L E D**

June 23, 2004

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-41727
Conference Calendar

_____

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

GERARDO VIDAL,

                              Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. M-03-CR-452-1
--------------------

Before BARKSDALE, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

     Gerardo Vidal appeals his guilty plea conviction for

possession of more than 50 grams of methamphetamine with intent

to distribute it.  Vidal argues that 21 U.S.C. § 841 was rendered

facially unconstitutional by <u>Apprendi v. New Jersey</u>, 530 U.S.

466, 490 (2000).  He concedes that his argument is foreclosed by

our opinion in <u>United States v. Slaughter</u>, 238 F.3d 580, 581-82

(5th Cir. 2000), which rejected a broad <u>Apprendi</u>-based attack on

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

the constitutionality of that statute.  He raises the issue only to preserve it for Supreme Court review.

A panel of this court cannot overrule a prior panel's decision in the absence of an intervening contrary or superseding decision by this court sitting en banc or by the United States Supreme Court.  <u>Burge v. Parish of St. Tammany</u>, 187 F.3d 452, 466 (5th Cir. 1999).  No such decision overruling <u>Slaughter</u> exists.  Accordingly, Vidal's argument is indeed foreclosed.  The judgment of the district court is AFFIRMED.

The Government has moved for a summary affirmance in lieu of filing an appellee's brief.  In its motion, the Government asks that an appellee's brief not be required.  The motion is GRANTED.

AFFIRMED; MOTION GRANTED.